In the Matter of JAMES B. CAHILL, Appellant, against MORRIS S. TREMAINE, as Comptroller of the State of New York, et al., Respondents.

(Argued November 19, 1935; decided December 3, 1935.)

*Jay Leo Rothschild* for appellant.

*John J. Bennett, Jr., Attorney-General (Henry Epstein* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.